IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

M C DAWSON,

Plaintiff,

vs

CIVIL ACTION NO CV604-145

ANDREW ROUNDTREE, JOAN
DEVAUX, JENEIL PARKER,
TARMARSHE SMITH, MATTHEW
TOMPKINS, and Officer AUSTIN,

Defendants

## ORDER

Let a copy of this Report and Recommendation be served upon the parties The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court Nettles v Wainwright, 677 F 2d 404 (5th Cir Unit B 1982)

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned for his determination

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 29th day of May, 2005

SO ORDERED, this 10th day of May, 2005

JAMES E GRAHAM
UNITED STATES MAGISTRATE JUDGE