AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

M. C. DAWSON,

    Plaintiff,

vs.           CIVIL ACTION NO. CV604-145

ANDREW ROUNDTREE; JOAN
DEVAUX; JENEIL PARKER;
TARMARSHE SMITH; MATTHEW
TOMPKINS, and Officer AUSTIN,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The claims against Eric Hemphill, Hugh Smith, Gwen Strickland, and James Donald set forth in Plaintiff's Amended Complaint are **DISMISSED**, without prejudice. If Plaintiff wishes to pursue the claims stated in his Amended Complaint, he must file a separate complaint.

**SO ORDERED**, this 7 day of June, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA