IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

M. C. DAWSON,

    Plaintiff,

vs.

ANDREW ROUNDTREE; JOAN DEVAUX; JENEIL PARKER; TARMARSHE SMITH; MATTHEW TOMPKINS, and Officer AUSTIN,

    Defendants.

CIVIL ACTION NO. CV604-145

## ORDER

Plaintiff has filed a Motion to Propound More Than Twenty-Five (25) Interrogatories. (Doc. 28.) Plaintiff's motion is **DENIED**. Pursuant to Rule 33(a) of the Federal Rules of Civil Procedure, Plaintiff may propound 25 interrogatories to *each* defendant.

**SO ORDERED**, this 25th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

DAWSON

)

vs

)   CASE NUMBER  CV604-145

ROUNDTREE, ET AL

)   DIVISION  STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/25/05, which is part of the official record of this case.

Date of Mailing:    7/25/05

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

John Cannon
M.C. Dawson, EF-213461, Georgia State Prison, 100 GA Highway 147, Reidsville, GA 30499

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate